IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN D. WISNER                                                    PLAINTIFF

v.                         No. 3:25-cv-200-DPM

XAVIER J. MCELROY; RED STAR
TRANS INC; and IVAN DURDEVIC,
d/b/a Red Star Trans Inc                                         DEFENDANTS

ORDER

Wisner filed his complaint more than ninety days ago. Summons wasn't issued. By 16 January 2026, Wisner must show cause why his complaint should not be dismissed for failure to serve process and lack of prosecution. Fed. R. Civ. P. 4(m) & Local Rule 4.1.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2025