IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN D. WISNER     PLAINTIFF

v.     No. 3:25-cv-200-DPM

XAVIER J. MCELROY;
RED STAR TRANS INC;
IVAN DURDEVIC, d/b/a Red Star
Trans Inc     DEFENDANTS

## JUDGMENT

Wisner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 January 2026